[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-12791

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

EQUANZICK HOWELL,
a.k.a. Pookie,
a.k.a. Big Pook,
a.k.a. Pook Pook,

Defendant-Appellant.

2                    Opinion of the Court                    20-12791

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:18-cr-00146-JDW-AEP-1

_____

Before JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (appeal waiver includes waiver of the right to appeal difficult or debatable legal issues); *see also United States v. Anderson*, 772 F.3d 662, 668–69 (11th Cir. 2014) (prior appellate decision binds subsequent proceedings in the same case).